| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Natural Molecular Testing Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**26-3761644** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**223 SW 41st Street**<br>**Renton, WA**<br>ZIP Code **98057** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ■ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Natural Molecular Testing Corporation** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>   Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Natural Molecular Testing Corporation** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Arnold M. Willig** _____
Signature of Attorney for Debtor(s)

**Arnold M. Willig 20104**
Printed Name of Attorney for Debtor(s)

**Hacker & Willig, Inc., P.S.**
Firm Name

**520 Pike Street**
**Suite 2500**
**Seattle, WA 98101**

Address

**(206) 340-1935  Fax: (206) 340-1936**
Telephone Number

**October 21, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Beau Fessenden** _____
Signature of Authorized Individual

**Beau Fessenden**
Printed Name of Authorized Individual

**President/Chairman**
Title of Authorized Individual

**October 21, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

In re    Natural Molecular Testing Corporation      Case No. _____

                      Debtor(s)          Chapter     11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A.B. Williams Inc. 211 Whistlers Way Hattiesburg, MS 39402 | A.B. Williams Inc. 211 Whistlers Way Hattiesburg, MS 39402 | Contract | Contingent Unliquidated Disputed Subject to Setoff | 500,000.00 |
| AutoGenomics, Inc. 2980 Scott St. Vista, CA 92081 | AutoGenomics, Inc. 2980 Scott St. Vista, CA 92081 | Contract | | 6,325,150.05 |
| Camber Health Partners, Inc. 302 S. 9th Street, Ste 201 Tacoma, WA 98402 | Camber Health Partners, Inc. 302 S. 9th Street, Ste 201 Tacoma, WA 98402 | Contract | | 1,200,000.00 |
| CBeyond c/o William H. Weber, Esq. 320 Interstate North Pkwy SE Atlanta, GA 30339 | CBeyond c/o William H. Weber, Esq. 320 Interstate North Pkwy SE Atlanta, GA 30339 | Contract | Disputed | 353,473.54 |
| Clinical Microsensors/Genmark PO Box 80382 City of Industry, CA 91716-8382 | Clinical Microsensors/Genmark PO Box 80382 City of Industry, CA 91716-8382 | Contract | Unliquidated Disputed Subject to Setoff | 75,700,000.00 |
| Curtis R. Pierce 2945 Sunlight Beach Rd Clinton, WA 98236 | Curtis R. Pierce 2945 Sunlight Beach Rd Clinton, WA 98236 | Settlement Agreement (creditor claims security interest in shares of debtor) | | 550,000.00 |
| Eloisa Gordon Gordon Ventures LLC 17146 114th Ln. SE Renton, WA 98055 | Eloisa Gordon Gordon Ventures LLC 17146 114th Ln. SE Renton, WA 98055 | Settlement Agreement (creditor claims security interest in shares of debtor) | | 550,000.00 |
| GenoPath Solutions, LLC Attn: John L. Stoddard 4900 Preakness Circle Brownsboro, AL 35741 | GenoPath Solutions, LLC Attn: John L. Stoddard 4900 Preakness Circle Brownsboro, AL 35741 | Contract | Contingent Unliquidated Disputed Subject to Setoff | 2,284,382.00 |
| HDSherrer LLC Hugh Duncan Sherer 23 John Galt Way Mount Pleasant, SC 29464 | HDSherrer LLC Hugh Duncan Sherer 23 John Galt Way Mount Pleasant, SC 29464 | Contract | Contingent Unliquidated Disputed Subject to Setoff | 3,000,000.00 |

In re    Natural Molecular Testing Corporation                                Case No. _____
_____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Honolulu Blue Ventures<br>3466 Diamond Ridge Dr. NE<br>Rockford, MI 49341 | Honolulu Blue Ventures<br>3466 Diamond Ridge Dr. NE<br>Rockford, MI 49341 | Contract | Contingent<br>Unliquidated<br>Subject to Setoff | 240,394.00 |
| Kristi and James Brown<br>c/o Timothy D. Shea, Esq.<br>Lee Smart P.S., Inc.<br>701 Pike St., Ste 1800<br>Seattle, WA 98101-3929 | Kristi and James Brown<br>c/o Timothy D. Shea, Esq.<br>Lee Smart P.S., Inc.<br>Seattle, WA 98101-3929 | Settlement<br>Agreement | | 350,000.00 |
| Luminex Molecular Diagnostics<br>439 University Ave, Ste 900<br>Toronto M5G 1Y8<br>CANADA | Luminex Molecular Diagnostics<br>439 University Ave, Ste 900<br>Toronto M5G 1Y8 | Contract | | 4,006,022.82 |
| Manju Beier, Pharm.D<br>4855 Starak Lane<br>Ann Arbor, MI 48105 | Manju Beier, Pharm.D<br>4855 Starak Lane<br>Ann Arbor, MI 48105 | Contract | Contingent | 438,615.00 |
| Michael Tain<br>204 N. El Camino Real #523<br>Encinitas, CA 92024 | Michael Tain<br>204 N. El Camino Real #523<br>Encinitas, CA 92024 | Contract | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 224,999.94 |
| MITC Solutions<br>8835 Feather Trail<br>Helotes, TX 78023 | MITC Solutions<br>8835 Feather Trail<br>Helotes, TX 78023 | Contract | Contingent<br>Unliquidated<br>Subject to Setoff | 201,441.00 |
| Patrick Ridgeway<br>2560 Lake Circle<br>Jackson, MS 39211 | Patrick Ridgeway<br>2560 Lake Circle<br>Jackson, MS 39211 | Contract | Contingent<br>Unliquidated<br>Subject to Setoff | 362,667.00 |
| Pharmacogenomics Testing, LLC<br>25806 Lewis Ranch Rd.<br>New Braunfels, TX 78132 | Pharmacogenomics Testing, LLC<br>25806 Lewis Ranch Rd.<br>New Braunfels, TX 78132 | Contract | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 535,320.00 |
| Roche Diagnostics Corporation<br>Mailcode 5021<br>PO Box 660367<br>Dallas, TX 75266-0367 | Roche Diagnostics Corporation<br>Mailcode 5021<br>PO Box 660367<br>Dallas, TX 75266-0367 | Contract | | 319,604.64 |
| Roger Rodkey d/b/a<br>Genetic Pathways, LLC<br>c/o C Christian Frederiksen Jr<br>1445 Ross Ave, Ste 2400<br>Dallas, TX 75202 | Roger Rodkey d/b/a<br>Genetic Pathways, LLC<br>c/o C Christian Frederiksen Jr<br>Dallas, TX 75202 | Contract | Contingent<br>Unliquidated<br>Disputed<br>Subject to Setoff | 1,200,000.00 |
| Sarjnit Patel d/b/a<br>SJS Health LLC<br>248 Providence Blvd<br>Macon, GA 31210 | Sarjnit Patel d/b/a<br>SJS Health LLC<br>248 Providence Blvd<br>Macon, GA 31210 | Contract | Contingent<br>Unliquidated<br>Subject to Setoff | 282,382.00 |

In re ___Natural Molecular Testing Corporation___          Case No. _____

                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President/Chairman of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date ___October 21, 2013___          Signature  ___/s/ Beau Fessenden___

                                          Beau Fessenden

                                          President/Chairman

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

A.B. Williams Inc.
211 Whistlers Way
Hattiesburg MS 39402


A.B. Williams, Inc.
c/o David McMullan, Jr., Esq.
DON BARRETT, PA.
POB 927
Lexington MS 39095


Abu Sufian Eltahir
6188 East Knoll Dr.
Grand Blanc MI 48439


Accent
PO Box 952366
Saint Louis MO 63195-2366


Access Telephone Solutions Inc
1475 130th Ave NE
Bellevue WA 98005


ADP
POB 842875
Boston MA 02284-2875


Advance Fire & Safety Inc
dba Advance Fire Extinguisher
POB 55546
Seattle WA 98155-0546


Aetna Life Insurance Co
POB 14079
Lexington KY 40512-4079


Agency for Health Care Admin.
Laboratory Unit
Burearu of Health Facility Reg
2727 Mahan Drive, M/S 32
Tallahassee FL 32308


AGT, LLC
438 Village DR.
Daphne AL 36526

AHCA
POB 13749
Mail Stop #14
Tallahassee FL 32317-3749


Airgas Dry Ice
POB 951873
Dallas TX 75395-1873


Alio Solutions
3518 Fremont Ave N. #101
Seattle WA 98103


Alliantgroup, LP
5400 Westheimer Ct. Ste 700
Houston TX 77056


Alston Courtnage Bassetti LLP
1420 Fifth Ave #3650
Seattle WA 98101


American Funds
Attn: Finance & Accounting
POB 659530
San Antonio TX 78265


Anthem Blue Cross
Overpayment Recovery
POB 92420
Cleveland OH 44193


AutoGenomics, Inc.
2980 Scott St.
Vista CA 92081


AVG Transportation Specialists
8441 SE 68th St. #227
Mercer Island WA 98040


Axio Research, LLC
2601 4th Ave #200
Seattle WA 98121

Bartlett Group, Inc.
800 Fifth Ave #4100
Seattle WA 98104


Beckman Coulter Inc.
Dept. CH 10164
Palatine IL 60055-0164


BioExpress
POB 644881
Pittsburgh PA 15264-4881


Black Box Network Services
Dept. LA 21578
Pasadena CA 91185


Bryn Mawr Communication II LLC
Endovascular Today
Cardiac Interventions Today
1008 Upper Gulph Rd, Ste 200
Wayne PA 19087


BWC State Insurance Fund
Ohio Bureau of Worker's Comp
Corporate Processing Dept.
Columbus OH 43271-0977


Camber Health Partners, Inc.
302 S. 9th Street, Ste 201
Tacoma WA 98402


Camber Health Partners, Inc.
c/o Stephanie Bloomfield, Esq.
Gordon Thomas Honeywell LLP
1201 Pacific Ave, Ste 2100
Tacoma WA 98402


Catherine F. Sabatos
607 Somerset Dr.
Golden CO 80401


CBeyond
c/o William H. Weber, Esq.
320 Interstate North Pkwy SE
Atlanta GA 30339

Cheryl Hartvigsen
213 Trentwood DR.
Columbia SC 29223


Christopher A. Mayeux
308 Plantation Point
Natchitoches LA 71457


Clinical Microsensors/Genmark
PO Box 80382
City of Industry CA 91716-8382


Clontech Laboratories Inc.
PO Box 45794
San Francisco CA 94145


Clothier & Head PS
POB 1207
Seattle WA 98111


Coastal Molecular LLC
1175 Rivershore Rd
Charleston SC 29492


CodeSmart
975 Carpenter Rd NE, Ste 101
Olympia WA 98516


Corepoint Health, LLC
3010 Gaylord Pkwy, Ste 320
Frisco TX 75034


Corley Consulting
1697 Carruthers Place
Memphis TN 38112


Crystal Springs
POB 660579
Dallas TX 75266-0579


Curtis and Kelly Pierce
c/o William A. Kinsel, Esq.
Kinsel Law Offices, PLLC
2025 First Ave, Ste 730
Seattle WA 98121

Curtis R. Pierce
2945 Sunlight Beach Rd
Clinton WA 98236


CVI - Philadelphia
700 Cottman Ave Bldg A #102
Philadelphia PA 19111


David Stump
31033 Buttermilk Ct.
Evergreen CO 80439


DeAnna C. Horton
218 Liberty Lane
Chelsea AL 35043


Department of Ecology
State of Washington
POB 34050
Seattle WA 98124-1050


Department of Veterans Affairs
Health Admin. Ctr.
POB 469062
Denver CO 80246-9062


DNA Rxv
Amy Donnell
710 Danforth Dr.
Madison MS 39110


Dorie Hoody
9709 E. 28th Ave.
Denver CO 80238


Dr. Shaun Kretzschmar
18 Fairview Lane
Aledo TX 76008


East Valley Business Park
249 SW 41st St.
Renton WA 98057

eDiscovery Inc.
12729 Northup Way #2
Bellevue WA 98005-1935


Eloisa and Lee Gordon
c/o William A. Kinsel, Esq.
Kinsel Law Offices, PLLC
2025 First Ave, Ste 730
Seattle WA 98121


Eloisa Gordon
Gordon Ventures LLC
17146 114th Ln. SE
Renton WA 98055


Eppendorf North America, Inc.
POB 13275
Newark NJ 07101-3275


Explore Consulting
10900 NE 8th St., Ste 200
Bellevue WA 98004


Fisher Healthcare
Fisher Scientific Co., LLC
Attn: 032752
13551 Collections Center Dr.
Chicago IL 60693


FootPrint Exhibits
830 SW 34th St.
Bldg. W-5, Ste G
Renton WA 98057


G-Logics
40 2nd Ave SE
Issaquah WA 98027-3452


Garvey Schubert Barer
1191 Second Ave, Ste 1800
Seattle WA 98101


Genetic Innovations, LLC
Attn: Patrick Ridgeway
2560 Lake Circle
Jackson MS 39211

Geno Path Medical, LLC
4900 Preakness Circle
Brownsboro AL 35741


GenoPath Solutions, LLC
Attn: John L. Stoddard
4900 Preakness Circle
Brownsboro AL 35741


GenoPath Solutions, LLC
c/o William M. Hancock, Esq.
905 Bob Wallace Avenue
Huntsville AL 35801


GMA Research Corporation
325 118th Ave SE, Ste 102
Bellevue WA 98005


Griffith Group, LLC
Attn: Barry K. Griffth
29 Bellegarde
Little Rock AR 72223


Hauser Long
10940 NE 33rd Pl. Ste 100
Bellevue WA 98004


HDSherer LLC
c/o Daryl G. Hawkins, Esq.
POB 11906
Columbia SC 29211-1906


HDSherrer LLC
Hugh Duncan Sherer
23 John Galt Way
Mount Pleasant SC 29464


Hitt Medical, LLC
229 Fleu De Lis Drive
Dubach LA 71235


Honolulu Blue Ventures
3466 Diamond Ridge Dr. NE
Rockford MI 49341

Honolulu Blue Ventures, LLC
c/o Jim Grossi
25 Ionia Ave SW, Ste 503
Grand Rapids MI 49503


Integra
POB 2966
Milwaukee WI 53201-2966


Integrated DNA Technologies
Inc.
8180 N. McCormick Blvd
Skokie IL 60076


Iron Mountain
POB 27128
New York NY 10087-7128


Ironmark Law Group, PLLC
2311 N. 45th St., Ste 365
Seattle WA 98103


Jana Duke
8806 Drayton Heights
San Antonio TX 78254


Jasie Gautreaux
6550 Center St.
New Orleans LA 70115


John Horn
4160 Beach Dr.
Freeland WA 98249


Joy Cherry
8455 Marsh Pointe Dr.
Montgomery AL 36117


Kelly R. King
5971 Forest Lakes Cove
Sterrett AL 35147

Kristi and James Brown
c/o Timothy D. Shea, Esq.
Lee Smart P.S., Inc.
701 Pike St., Ste 1800
Seattle WA 98101-3929


Lab Support
File #54318
Los Angeles CA 90074-4318


Lackey Medical, LLC
2098 Town Manor Ct.
Dacula GA 30019


Legal Shield
POB 2629
Ada OK 74821-2629


Life Technologies
Bank of America Lock Svcs
12088 Collection Center Dr.
Chicago IL 60693


Linda Schano
415 Calumet Place
San Antonio TX 78209


Louisana Cardiovascular
Thoracic Inst.
3311 Prescott Rd., Ste 202
Alexandria LA 71301


Luminex Molecular Diagnostics
439 University Ave, Ste 900
Toronto M5G 1Y8
CANADA


Makarios Medical, Inc.
1166 Watersedge Circle
Shreveport LA 71106


Manju Beier, Pharm.D
4855 Starak Lane
Ann Arbor MI 48105

Marketing Solutions & Assoc
Attn: Barry Griffith
260 Newport Center Dr.
Newport Beach CA 92660


Marketing Solutions & Assoc.
29 Bellegarde Dr.
Little Rock AR 72223


Master Craft Electric, Inc.
206 Frontage Rd. N. Ste A2
Pacific WA 98047


Michael Tain
204 N. El Camino Real #523
Encinitas CA 92024


Michael Tain
c/o Jerre Hemme
Goode Hemme Peterson, APC
6256 Greenwich Drive, Ste 500
San Diego CA 92122


Michael Tain
422 Jolina Way
Encinitas CA 92024


Michigan Dept. of Treasury
POB 30199
Lansing MI 48909-7699


MITC Solutions
8835 Feather Trail
Helotes TX 78023


MITC Solutions
c/o Bryan P. Marshall, Esq.
10999 West IH-10, Ste 800
San Antonio TX 78230


Monroe Surgical Hospital
2503 Broadmoor Blvd.
Monroe LA 71201

Nathaniel Hayes
1224 Monarchos Ridge
Union KY 41091


Nexsen Pruent LLC
Attorney and Counselors at Law
Post Office Drawer 2426
Columbia SC 29202


Northwest Biomedical Assoc Inc
4917 Evergreen Way #273
Everett WA 98203


Nuwest Group Holding, LLC
PO Box 40285
Bellevue WA 98015


Office Max Incorporated
POB 101705
Atlanta GA 30392-1705


Omnitrade Healthcare Insurance
Trust
Benefits Solutions Inc
POB 6
Mukilteo WA 98275


Patricia Hamann
178 Avon Rd
Memphis TN 38117


Patricia Klein, Esq.
PATRICIA KLEIN, P.A.
2001 West Sample Rd., Ste 412
Pompano Beach FL 33064


Patrick Ridgeway
2560 Lake Circle
Jackson MS 39211


Pension Plan Specialists, PC
805 Broadway, Ste 600
Vancouver WA 98660

Pharmacogenomics Testing, LLC
25806 Lewis Ranch Rd.
New Braunfels TX 78132


Pharmacogenomics Testing, LLC
c/o C Christian Frederiksen Jr
1445 Ross Ave, Ste 2400
Dallas TX 75202


Print Management
6700 S. Glacier St.
Seattle WA 98188-4719


Print Mart
1120 SW 16th St., Ste 1A
Renton WA 98057


PUBLIC47 Architects
820 John Street
Seattle WA 98109


Puget Sound Phone Guys, Inc.
POB 159
Vashon WA 98070


QBE
POB 3109
Milwaukee WI 53201-3109


Renee Romain
521 Baronne St. #409
New Orleans LA 70113


Richard Cook
4510 Canyon Drive
Reno NV 89519


Richard Stephen Cook
4890 Turning Leaf Way
Reno NV 89519


Richman Greer P.A.
One Clearlake Centre, Ste 1504
250 Australian Ave S.
West Palm Beach FL 33401

Roche Diagnostics Corporation
Mailcode 5021
PO Box 660367
Dallas TX 75266-0367


Roger Rodkey d/b/a
Genetic Pathways, LLC
c/o C Christian Frederiksen Jr
1445 Ross Ave, Ste 2400
Dallas TX 75202


Ronald Shawn Luekenga
601 Pigeon Roost Rd.
Glenwood AR 71943


Ronnie Taylor
38 Crawford Cr. Dr.
Dothan AL 36303


Sarjnit Patel d/b/a
SJS Health LLC
248 Providence Blvd
Macon GA 31210


Scientific Supply & Equipment
619 S. Snoqualmie St.
Seattle WA 98108


Seattle City Light
Dept. of Finance
POB 34017
Seattle WA 98124


Security Imaging Corporation
13716 32nd Ave NE #123
Seattle WA 98125


Seitel Systems, LLC
1200 Post Alley Suite 2
Seattle WA 98101


Sigma-Aldrich
POB 535182
Atlanta GA 30353-5182

South Texas Spine Clinic P.A.
c/o C Christian Frederiksen Jr
1445 Ross Ave, Ste 2400
Dallas TX 75202


Stericycle
POB 6578
Carol Stream IL 60197-6578


Stone Surgical, LLC
579 Woodvine Ave
Metairie LA 70005


Summit Diagnostics
88 Stiles Rd Ste. 103
Salem NH 03079


Sun Life Financial
Attn: John Matthew Gilmore
1 Sun Life Executive Park
Wellesley Hills MA 02481


Teris-Seattle
1001 4th Ave, Ste 2100
Seattle WA 98154


The Dawson Group
POB 30547
Seattle WA 98113


The Hartford
POB 660916
Dallas TX 75266-0916


Tuyen Thi - Thanh Tran
S. Plaquemine Dr.
Shreveport LA 71115


U.S. Bank Equipment Finance
POB 790448
Saint Louis MO 63179-0448

Unigard Insurance Group
Administration Service Center
POB 93000
Bellevue WA 98009-3000


UPS
55 Glenlake Parkway NE
Atlanta GA 30328


USA Scientific
POB 30000
Orlando FL 32891-8210


Vandeberg Johnson Gandara LLP
One Union Square
600 University St., Ste 2424
Seattle WA 98101-1192


VasQmed, Inc.
6146 Queens River Dr.
Mableton GA 30126


VasQmed, Inc.
c/o Tony Ventry
Elarbee Thompson
229 Peach St. NE, Ste 800
Atlanta GA 30303


Western Molecular, LLC
Attn: James H. Agee
8584 E. Angel Spirit Dr.
Scottsdale AZ 85255


Willis of Seattle Inc.
POB 100252
Pasadena CA 91189-0252


Wolters Kluwer Law & Business
POB 4307
Carol Stream IL 60197


Xlfin Inc.
1225 El Camino Real
San Diego CA 92130

```
Zenith LaborNet,inc.
2534 Royal Place
Tucker GA 30084
```

# United States Bankruptcy Court
## Western District of Washington

In re    Natural Molecular Testing Corporation        Case No.                     
                            Debtor(s)        Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Natural Molecular Testing Corporation    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| October 21, 2013 | /s/ Arnold M. Willig |
|---|---|
| Date | Arnold M. Willig 20104 |
| | Signature of Attorney or Litigant |
| | Counsel for    Natural Molecular Testing Corporation |
| | Hacker & Willig, Inc., P.S. |
| | 520 Pike Street |
| | Suite 2500 |
| | Seattle, WA 98101 |
| | (206) 340-1935 Fax:(206) 340-1936 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy