Exhibit A

| Quantity | Style / size | Purchase price (per each) | Subtotal paid | Anticipated sale price | Original invoice number (purchase) |
|---|---|---|---|---|---|
| **Desks & Desk accessories** | | | | | |
| 4 | PB-PF1271 Performance 12x71 fabric panel | $ 95.00 | $ 380.00 | $ 76.00 | 26136 |
| 5 | PB-12 performance 12" H divider support post | $ 39.00 | $ 195.00 | $ 39.00 | 26136 |
| 5 | PL179 Performance 30x24 return | $ 80.14 | $ 400.70 | $ 80.14 | 24858 |
| 15 | PL166 Performance 22" Box Pedestal | $ 167.14 | $ 2,507.10 | $ 501.42 | 24858 |
| 1 | PL 196 Performance 42x24 return | $ 109.00 | $ 109.00 | $ 21.80 | 25863 |
| 3 | Performance PL101 36x72 desk shell | $ 164.29 | $ 492.87 | $ 98.57 | 25864; 25863 |
| 5 | Performance PL182L 36x72 radius corner shell left | $ 185.71 | $ 928.55 | $ 185.71 | 25864 |
| 5 | Performance PL182R 36x72 radius corner shell right | $ 185.71 | $ 928.55 | $ 185.71 | 25864 |
| 2 | PL 145 Performance 48x24 return | $ 102.86 | $ 205.72 | $ 41.14 | 25864 |
| 5 | PL 192 Performance 35x24 return | $ 89.15 | $ 445.75 | $ 89.15 | 25864 |
| 1 | PL 175 Performance 22" D File | $ 167.14 | $ 167.14 | $ 33.43 | 25863 |
| **Storage units** | | | | | |
| 2 | PL112 Performance 36" w 2 DR lateral file | $ 299.00 | $ 598.00 | $ 119.60 | 26958 |
| **Chairs** | | | | | |
| 8 | ALEEL42BME10B Alera mid-back mesh swivel chair | $ 159.00 | $ 1,272.00 | $ 254.40 | 26396 |
| 5 | Performance midback synchro-tilt chair (7621A) | $ 176.00 | $ 880.00 | $ 176.00 | 25864 |
| 8 | Performance coolmax high back synchro tilt chair | $ 274.55 | $ 2,196.40 | $ 439.28 | 25863 |
| **Sofa & Club Chairs** | | | | | |
| 1 | Basyx sofa | $ 599.00 | $ 599.00 | $ 119.80 | 26136 |
| 2 | Basyx club chair | $ 578.00 | $ 1,156.00 | $ 231.20 | 26136 |
| **Coffee table** | | | | | |
| 1 | PL 219 Performance coffee table 48x220x16 | $ 159.00 | $ 159.00 | $ 31.80 | 26136 |
| | | Totals = | $ 11,424.38 | $ 2,724.16 | |

Exhibit B

**SEATTLE**
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

**DUCKY'S OFFICE FURNITURE**

**BELLEVUE**
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | |

| Name | BREONNA | | Del Contact: | BREONNA 206.954.6327 | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | | | PF-PL101 | PL101 - ESPRESSO<br>PERFORMANCE 36X72 DESK SHELL | 164.29 | 821.45T |
| | 5 | 5 | | | PF-PL145 | PL145 - ESPRESSO<br>PERFORMANCE 48" X 24" RETURN | 102.86 | 514.30T |
| | 6 | 6 | | | PF-PL182L | PL182L - ESPRESSO<br>PERFORMANCE 36X72 RADIUS CORNER SHELL LEFT | 185.71 | 1,114.26T |
| | 6 | 6 | | | PF-PL182R | PL182R - ESPRESSO<br>PERFORMANCE 36X72 RADIUS CORNER SHELL RIGHT | 185.71 | 1,114.26T |
| | 12 | 12 | | | PF-PL179 | PL179 - ESPRESSO<br>PERFORMANCE 30X24 RETURN | 80.14 | 961.68T |
| | 5 | 5 | | | PF-PL175 | PL175 - ESPRESSO<br>PERFORMANCE 22" D FILE/FILE PED | 167.14 | 835.70T |
| | 18 | 18 | | | PF-PL166 | PL166 - ESPRESSO<br>PERFORMANCE 22" D BOX/BOX/FILE PED | 167.14 | 3,008.52T |
| | 1 | 1 | | | PF-PL143 | PL143 - ESPRESSO<br>PERFORMANCE 24X72 CREDENZA SHELL | 148.14 | 148.14T |
| | 5 | 5 | | | SP-SP6636 | SP6636<br>SOLERO 66X36 FABRIC PANEL | 150.00 | 750.00T |
| | 5 | 5 | | | SP-SP6630 | SP6630<br>SOLERO 66X30 FABRIC PANEL | 137.14 | 685.70T |
| | 4 | 4 | | | SP-SP6672 | SP6672<br>SOLERO 66X72 FABRIC PANEL | 242.86 | 971.44T |
| | 1 | 1 | | | SP-SP6660 | SP6660<br>SOLERO 66X60 FABRIC PANEL | 198.57 | 198.57T |
| | 6 | 6 | | | SP-SP6624 | SP6624<br>SOLERO 66X24 FABRIC PANEL | 125.71 | 754.26T |
| | 1 | 1 | | | SP-SP6648 | SP6648<br>SOLERO 66X48 FABRIC PANEL | 171.43 | 171.43T |
| | 5 | 5 | | | SP-SP3-66 | SP3-66<br>SOLERO 66" H THREE WAY CONNECTOR POST | 28.57 | 142.85T |

| Subtotal | |
|---|---|
| Sales Tax (9.5%) | |
| **Total** | |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

Page 1

```
SEATTLE                                              BELLEVUE
970 Denny Way          DUCKY'S              1910 132nd Ave NE
ph 206.623.7777     OFFICE FURNITURE        ph 425.747.5577
fax 206.623.6060                            fx 425.747.1097
www.duckys.com                              @duckys.com
```

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | |

| Name | BREONNA | | Del Contact: | BREONNA 206.954.6327 | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: Seena@naturalmolecular.com | | | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | | | SP-SP2-66 | SP2-66<br>SOLERO 66"H TWO WAY CONNECTOR POST | 22.86 | 22.86T |
| | 12 | 12 | | | SP-SPCAP-66 | SPCAP-66<br>SOLERO 66" H PANEL END CAP | 11.43 | 137.16T |
| | 5 | 5 | | | SP-SPWM-66 | SPWM-66<br>SOLERO 66" PANEL WALL MOUNT BRACKET | 32.86 | 164.30T |
| | 9 | 9 | | | PF-PB-P12 | PB-P12<br>PERFORMANCE 12" H DIVIDER SUPPORT POST | 35.71 | 321.39T |
| | 1 | 1 | | | PF-PB-TC71L | PB-TC71L - ESPRESSO<br>PERFORMANCE 71X12 CORNER TRANSACTION TOP LEFT | 77.14 | 77.14T |
| | 1 | 1 | | | PF-PB-TC36R | PB-TC36R - ESPRESSO<br>PERFORMANCE 36X12 CORNER TRANSACTION TOP RIGHT | 68.12 | 68.12T |
| | 2 | 2 | | | PF-PB-TR30 | PB-TR30 - ESPRESSO<br>PERFORMANCE 30X12 TRANSACTION TOP | 34.97 | 69.94T |
| | 1 | 1 | | | PF-PB-TR36 | PB-TR36 - ESPRESSO<br>PERFORMANCE 36X12 TRANSACTION TOP | 41.10 | 41.10T |
| | 2 | 2 | | | PF-PB-PG1236 | PB-PG1236<br>PERFORMANCE 12X36 VISION PANEL | 47.11 | 94.22T |
| | 2 | 2 | | | PF-PB-PG1230 | PB-PG1230<br>PERFORMANCE 12X30 VISION PANEL | 41.20 | 82.40T |
| | 1 | 1 | | | PF-PB-PG1271 | PB-PG2171<br>PERFORMANCE 12X71 VISION PANEL | 91.43 | 91.43T |
| | 1 | 1 | | | PF-9883T | 9883T<br>PERFORMANCE MANHATTAN SOFA | 752.86 | 752.86T |
| | 1 | 1 | | | PF-9882T | 9882T<br>PERFORMANCE MANHATTAN LOVESEAT | 594.29 | 594.29T |
| | 1 | 1 | | | PF-PV619 | PV619 ESPRESSO<br>PERFORMANCE WOOD VENEER OVAL COFFEE TABLE | 265.00 | 265.00T |
| | 16 | 16 | | | PF-7621A | 7621A<br>PERFORMANCE MID BACK SYNCHRO-TILT CHAIR W/ ADJ ARMS | 176.00 | 2,816.00T |

| | |
|---|---|
| Subtotal | |
| Sales Tax (9.5%) | |
| Total | |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

Case 13-19298-MLB    Doc 111-1    Filed 12/24/13    Ent. 12/24/13 13:18:06    Pg. 5 of 15

| SEATTLE | BELLEVUE |
|---|---|
| 970 Denny Way | 1910 132nd Ave NE |
| ph 206.623.7777 | ph 425.747.5577 |
| fax 206.623.6060 | fax 425.747.1097 |
| www.duckys.com | @duckys.com |

**DUCKY'S OFFICE FURNITURE**

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR | NATURAL MOLECULAR | |
| 223 SW 41st | 223 SW 41st | |
| RENTON, WA 98057 | RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | BREONNA 206.954.6327 | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8 | 8 | | | PF-7704ST-FAB... | 7704ST-FABRIC<br>PERFORMANCE COOLMAX HIGH BACK MULTI TASK CHAIR W/ ADJ ARMS | 278.00 | 2,224.00T |
| | 5 | 5 | | | PF-6028 | 6028<br>PERFORMANCE TEMPEST SLED BASE GUEST CHAIR W/ ARMS | 159.00 | 795.00T |
| | 5 | 5 | | | PF-3050 | 3050<br>PERFORMANCE AGENDA SLED BASE STACK CHAIR ARMLESS | 59.00 | 295.00T |
| | 1 | 1 | | | US-MISC | SAF-9355CY<br>PAPER SORTER | 421.00 | 421.00T |
| | 1 | 1 | | | PF-PL123 | PL123 - ESPRESSO<br>PERFORMANCE 48" ROUND CONFERENCE TABLE | 175.00 | 175.00T |
| | | | | | | SUBTOTAL | | 21,700.77 |
| | | | | | DISCOUNT-NEW | COD PROJECT DISCOUNT | -5.25% | -1,139.29 |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 2,400.00 | 2,400.00T |

| | |
|---|---|
| Subtotal | $22,961.48 |
| Sales Tax (9.5%) | $2,181.34 |
| Total | $25,142.82 |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

Page 3

SEATTLE
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

BELLEVUE
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

# DUCKY'S
OFFICE FURNITURE

**SALES ORDER**

**24863**

**8/24/2012**

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | | | GV-SP 5 | GAVCO CONFERENCE TABLE<br>36" X 108"<br>1.1125" THICK<br>SLAB BASE<br>3MM EDGE<br>ESPRESSO | 662.00 | 662.00T |

| | |
|---|---|
| Subtotal | $662.00 |
| Sales Tax (9.5%) | $62.89 |
| Total | $724.89 |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | SEATTLE | | BELLEVUE | SALES ORDER |
| | | | | 970 Denny Way | | 1910 132nd Ave NE | |
| | | | | ph 206.623.7777 | DUCKY'S | ph 425.747.5577 | 25098 |
| | | | | fax 206.623.6060 | OFFICE FURNITURE | fax 425.747.1097 | 9/17/2012 |
| | | | | www.duckys.com | | co@duckys.com | |

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | | | PF-PL219 | PL219<br>PERFORMANCE COFFEE TABLE 48X220X16 LAM TOP WOOD BASE | 152.35 | 152.35T |
| | 2 | 2 | | | PF-PB-TC71R | PB-TC71R<br>PERFORMANCE 71X12 CORNER TRANSACTION TOP RIGHT | 77.14 | 154.28T |
| | 1 | 3 | | | PF-PB-TC71L | PB-TC71L<br>PERFORMANCE 71X12 CORNER TRANSACTION TOP LEFT | 77.14 | 77.14T |
| | 3 | 1 | | | PF-PB-PG1271 | PB-PG2171<br>PERFORMANCE 12X71 VISION PANEL | 91.43 | 274.29T |
| | 2 | 2 | | | PF-PL192 | PL192<br>PERFORMANCE 35X24 RETURN | 93.12 | 186.24T |
| | | | | | | SUBTOTAL | | 844.30 |
| | | | | | DISCOUNT-NEW | DISCOUNT | -5.25% | -44.33 |

| | |
|---|---|
| Subtotal | $799.97 |
| Sales Tax (9.5%) | $76.00 |
| **Total** | **$875.97** |
| Payment | |
| **Balance** | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

SEATTLE  
970 Denny Way  
ph 206.623.7777  
fax 206.623.6060  
www.duckys.com

BELLEVUE  
1910 132nd Ave NE  
ph 425.747.5577  
fax 425.747.1097  
@duckys.com

# DUCKY'S OFFICE FURNITURE

# SALES ORDER

**25863**

**12/5/2012**

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>OTHER LOCATION - NEED ADDRESS | |

| Name | BREONNA | Del Contact: | BREONNA | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: 12-17 | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PHASE 1 | | |
| | 4 | 4 | | | PF-PL192 | PL192 - espresso<br>PERFORMANCE 35X24 RETURN | 89.15 | **356.60T** |
| | 5 | 5 | | | PF-PL166 | PL166 - espresso<br>PERFORMANCE 22" D BOX/BOX/FILE PED | 167.14 | **835.70T** |
| | 1 | 1 | | | PF-PL179 | PL179 - espresso<br>PERFORMANCE 30X24 RETURN | 80.14 | **80.14T** |
| | 1 | 1 | | | PF-PL181L | PL181L - espresso<br>PERFORMANCE 36X66 RADIUS CORNER SHELL LEFT | 183.62 | **183.62T** |
| | 1 | 1 | | | PF-PL182L | PL182L - espresso<br>PERFORMANCE 36X72 RADIUS CORNER SHELL LEFT | 185.71 | **185.71T** |
| | 3 | 3 | | | PF-PL182R | PL182R - espresso<br>PERFORMANCE 36X72 RADIUS CORNER SHELL RIGHT | 185.71 | **557.13T** |
| | 1 | 1 | | | PF-PL196 | PL196 - espresso<br>PERFORMANCE 42X24 RETURN | 109.00 | **109.00T** |
| | 1 | 1 | | | PF-PL101 | PL101 - espresso<br>PERFORMANCE 36X72 DESK SHELL | 164.29 | **164.29T** |
| | 1 | 1 | | | PF-PL166 | PL166 - espresso<br>PERFORMANCE 22" D BOX/BOX/FILE PED | 167.14 | **167.14T** |
| | 1 | 1 | | | PF-PL175 | PL175 - espresso<br>PERFORMANCE 22" D FILE/FILE PED | 167.14 | **167.14T** |
| | 1 | 1 | | | PF-PL127 | PL127 - espresso<br>PERFORMANCE 42" ROUND CONFERENCE TABLE | 155.00 | **155.00T** |
| | 1 | 1 | | | PF-PL138 | PL138 - espresso<br>PERFORMANCE 144X48 RACETRACK CONFERENCE TABLE | 618.00 | **618.00T** |
| | 10 | 10 | | | PF-7621A | 7621A - black<br>PERFORMANCE MID BACK SYNCHRO-TILT CHAIR W/ ADJ ARMS | 176.00 | **1,760.00T** |
| | 12 | 12 | | | PF-7701T-FAB... | 7701T-FABRIC - black<br>PERFORMANCE COOLMAX HIGH BACK SYNCHRO TILT CHAIR W/ ADJ ARMS | 274.55 | **3,294.60T** |

| | |
|---|---|
| Subtotal | |
| Sales Tax (9.5%) | |
| Total | |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

Page 1

**SEATTLE**
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

**DUCKY'S OFFICE FURNITURE**

**BELLEVUE**
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>OTHER LOCATION - NEED ADDRESS | |

| Name | BREONNA | Del Contact: | BREONNA | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: Seena@naturalmolecular.com | | | |
| Terms: COD | S/P: JOSH | Del Date: 12-17 | T: | Del - W/C: DELIVERY | Cust PO: | | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 3 | 3 | | | PF-6028 | 6028 - black<br>PERFORMANCE TEMPEST SLED BASE GUEST CHAIR W/ ARMS | 159.00 | **477.00T** |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 1,200.00 | **1,200.00T** |

| | |
|---|---|
| Subtotal | $10,311.07 |
| Sales Tax (9.5%) | $979.55 |
| **Total** | **$11,290.62** |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED**_____

Page 2

SEATTLE  
970 Denny Way  
ph 206.623.7777  
fax 206.623.6060  
www.duckys.com

BELLEVUE  
1910 132nd Ave NE  
ph 425.747.5577  
fax 425.747.1097  
@duckys.com

# DUCKY'S OFFICE FURNITURE

# SALES ORDER

**25864**

**12/5/2012**

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>OTHER LOCATION - NEED ADDRESS | |

| Name | BREONNA | Del Contact: | BRIONNA | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | | | | | | PHASE 2 | | |
| | 2 | 2 | | | PF-PL101 | PL101 - espresso<br>PERFORMANCE 36X72 DESK SHELL | 164.29 | **328.58T** |
| | 2 | 2 | | | PF-PL145 | PL145 - espresso<br>PERFORMANCE 48" X 24" RETURN | 102.86 | **205.72T** |
| | 5 | 5 | | | PF-PL192 | PL192 - espresso<br>PERFORMANCE 35X24 RETURN | 89.15 | **445.75T** |
| | 7 | 7 | | | PF-PL166 | PL166 - espresso<br>PERFORMANCE 22" D BOX/BOX/FILE PED | 167.14 | **1,169.98T** |
| | 2 | 2 | | | PF-PL175 | PL175 - espresso<br>PERFORMANCE 22" D FILE/FILE PED | 167.14 | **334.28T** |
| | 3 | 3 | | | PF-PL182L | PL182L - espresso<br>PERFORMANCE 36X72 RADIUS CORNER SHELL LEFT | 185.71 | **557.13T** |
| | 2 | 2 | | | PF-PL182R | PL182R - espresso<br>PERFORMANCE 36X72 RADIUS CORNER SHELL RIGHT | 185.71 | **371.42T** |
| | 5 | 5 | | | PF-7621A | 7621A - black<br>PERFORMANCE MID BACK SYNCHRO-TILT CHAIR W/ ADJ ARMS | 176.00 | **880.00T** |
| | 2 | 2 | | | PF-7704ST-FAB... | 7704ST-FABRIC - black<br>PERFORMANCE COOLMAX HIGH BACK MULTI TASK CHAIR W/ ADJ ARMS | 278.00 | **556.00T** |
| | 3 | 3 | | | PF-6028 | 6028 - black<br>PERFORMANCE TEMPEST SLED BASE GUEST CHAIR W/ ARMS | 159.00 | **477.00T** |
| | | | | | DELIVERY SEA... | WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 850.00 | **850.00T** |

| | |
|---|---|
| Subtotal | $6,175.86 |
| Sales Tax (9.5%) | $586.71 |
| Total | $6,762.57 |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

# DUCKY'S OFFICE FURNITURE

**SEATTLE**
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

**BELLEVUE**
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

**SALES ORDER**

**26136**
1/7/2013

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>234 SW 43rd St<br>BLDG 2, SUITE B&C<br>RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | BREONNA | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 6 | 6 | | | PF-PB-P12 | PB-P12<br>PERFORMANCE 12" H DIVIDER SUPPORT POST | 39.00 | 234.00T |
| | 4 | 4 | | | PF-PB-PF1271 | PB-PF1271<br>PERFORMANCE 12X71 FABRIC PANEL | 95.00 | 380.00T |
| | 1 | 1 | | | PF-PL219 | PL219 - ESPRESSO<br>PERFORMANCE COFFEE TABLE 48X220X16 LAM TOP WOOD BASE | 159.00 | 159.00T |
| | 2 | 2 | | | BSXS-VL871 | VL871<br>BASYX CLUB CHAIR | 578.00 | 1,156.00T |
| | 1 | 1 | | | BSX-VL873 | VL873<br>BASYX SOFA | 829.00 | 829.00T |
| | | | | | DISCOUNT-NEW | DISCOUNT ** FLOOR MODEL ** | -230.00 | -230.00 |
| | 1 | 1 | | | US-MISC | QRT-P558G<br>4X8 WHITEBOARD | 826.00 | 826.00T |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 120.00 | 120.00T |

| | |
|---|---|
| Subtotal | $3,474.00 |
| Sales Tax (9.5%) | $330.03 |
| Total | $3,804.03 |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED**

| | | | | | | SALES ORDER |
|---|---|---|---|---|---|---|
| | | | | | | **26396** |
| | | | | | | 1/29/2013 |

**SEATTLE**
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

**DUCKY'S OFFICE FURNITURE**

**BELLEVUE**
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>223 SW 41st<br>BLDG 10<br>RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | CHRIS HANNSON | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | COD | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 8 | 8 | | | ALE-EL42BME1... | ALEEL42BME10B<br>ALERA MID-BACK MESH SWIVEL CHAIR, BLACK | 159.00 | 1,272.00T |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 120.00 | 120.00T |

| | |
|---|---|
| Subtotal | $1,392.00 |
| Sales Tax (9.5%) | $132.24 |
| **Total** | **$1,524.24** |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED**

|  | SEATTLE | | BELLEVUE | | **SALES ORDER** |
|---|---|---|---|---|---|
|  | 970 Denny Way | | 1910 132nd Ave NE | | |
|  | ph 206.623.7777 | **DUCKY'S** | ph 425.747.5577 | | **26497** |
|  | fax 206.623.6060 | OFFICE FURNITURE | fax 425.747.1097 | | 2/8/2013 |
|  | www.duckys.com | | @duckys.com | | |

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR | NATURAL MOLECULAR | |
| 223 SW 41st | 2349 W 43rd St | |
| RENTON, WA 98057 | BLDG 2, SUITE B&C | |
| | RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | DAVID GOLDMAN | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | NET 30 | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
|  | 3 | 3 | | | US-MISC | TNN-J2478SUBK<br>24X48X78 STORAGE CABINET | 655.00 | 1,965.00T |
|  | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 120.00 | 120.00T |

| | |
|---|---|
| Subtotal | $2,085.00 |
| Sales Tax (9.5%) | $198.08 |
| **Total** | $2,283.08 |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED** _____

SEATTLE
970 Denny Way
ph 206.623.7777
fax 206.623.6060
www.duckys.com

BELLEVUE
1910 132nd Ave NE
ph 425.747.5577
fax 425.747.1097
@duckys.com

# DUCKY'S
OFFICE FURNITURE

# SALES ORDER

**26958**

3/29/2013

| BILL TO: | SHIP TO: | notes: |
|---|---|---|
| NATURAL MOLECULAR<br>223 SW 41st<br>RENTON, WA 98057 | NATURAL MOLECULAR<br>234 SW 43rd St<br>BLDG 2, SUITE B&C<br>RENTON, WA 98057 | |

| Name | BREONNA | Del Contact: | BREONNA | Stairs | Y | H/O | O |
|---|---|---|---|---|---|---|---|
| Ph: | 425.728.1542 | Fx: | Alt: | E-mail: | Seena@naturalmolecular.com | | |
| Terms: | NET 30 | S/P: JOSH | Del Date: | T: | Del - W/C: DELIVERY | Cust PO: | |

| L | Qty | B/O | Rec | S | Item | Description | Price | Extension |
|---|---|---|---|---|---|---|---|---|
| | 1 | 1 | | | PF-PL151 | PL151 - ESPRESSO<br>PERFORMANCE 66" H STORAGE CABINET | 369.00 | 369.00T |
| | 2 | 2 | | | PF-PL112 | PL112- ESPRESSO<br>PERFORMANCE 36" W 2 DR LATERAL FILE | 299.00 | 598.00T |
| | 1 | 1 | | | PF-PL175 | PL175- ESPRESSO<br>PERFORMANCE 22" D FILE/FILE PED | 189.00 | 189.00T |
| | 1 | 1 | | | PF-PL66T | PL66T- ESPRESSO<br>PERFORMANCE PEDESTAL TOP | 25.00 | 25.00T |
| | 1 | 1 | | | PF-PL/V-LKCORE | PL/V-LKCORE<br>PERFORMANCE KEY LOCK CORE KIT | 10.00 | 10.00T |
| | | | | | | SUBTOTAL | | 1,191.00 |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 5.00% | 59.55T |
| | | | | | DELIVERY SEA... | PLEASE READ *ENSURE THE AREA AND PASSAGE WAY IS FREE & CLEAR OF ANY OBSTRUCTIONS* *OUR DELIVERY TEAMS ARE NOT PERMITTED TO MOVE YOUR EXISTING FURNITURE WITHOUT PRIOR APPROVAL OF YOUR SALESPERSON* *WE WILL NOT MOVE ANY ELECTRONICS* *DUCKYS WILL DELIVER, ASSEMBLE & SET UP YOUR NEW FURNITURE AND REMOVE ALL PACKING MATERIALS* *THIS CHARGE DOES NOT INCLUDE ANY STAIR CARRY - PLEASE CALL YOUR SALESPERSON IF A STAIR CARRY IS NECESSARY* | 150.00 | 150.00T |

| Subtotal | $1,400.55 |
|---|---|
| Sales Tax (9.5%) | $133.05 |
| **Total** | **$1,533.60** |
| Payment | |
| Balance | |
| DEL | |
| DEL | |

**ALL FURNITURE HAS BEEN INSPECTED AND ACCEPTED**_____