The Honorable Marc Barreca
Chapter 11
Continued Hearing Date: January 20, 2015
Hearing Time: 12:00 p.m.
Hearing Location: Seattle, 7106

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | Case No. 13-19298-MLB<br><br>**SUBMISSION OF PROPOSED ORDER AND ASSET PURCHASE AGREEMENT (YOURCODE)** |

Mark Calvert, in his capacity as Chapter 11 trustee (the "Trustee) for Natural Molecular Testing Corporation ("NMTC" or "Debtor"), hereby submits a form of Proposed Order and Asset Purchase Agreement by and among the Debtor, YOURCODE, Inc. ("Purchaser") and Beau Fessenden, Keith Tyacke, and Ken Webert as shareholders of Purchaser.

SUBMISSION OF PROPOSED ORDER
AND ASSET PURCHASE
AGREEMENT – 1
115286-0001/LEGAL124803845.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-19298-MLB    Doc 494    Filed 01/20/15    Ent. 01/20/15 10:59:25    Pg. 1 of 2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 20, 2015 | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ John S. Kaplan |
| 6 | | John S. Kaplan, WSBA No. 23788 |
| 7 | | 1201 Third Avenue, Suite 4900 |
| 8 | | Seattle, WA 98101-3099 |
| 9 | | Telephone: 206.359.8000 |
| 10 | | Facsimile: 206.359.9000 |
| 11 | | |
| 12 | | Attorneys for Trustee Mark Calvert |

SUBMISSION OF PROPOSED ORDER AND
ASSET PURCHASE
AGREEMENT – 2
115286-0001/LEGAL124803845.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000