The Honorable Marc Barreca
Chapter 11
Continued Hearing Date: January 20, 2015
Hearing Time: 12:00 p.m.
Hearing Location: Seattle, 7106

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | Case No. 13-19298-MLB<br><br>**SUBMISSION OF PROPOSED ORDER AND ASSET PURCHASE AGREEMENT (MEDTECH)** |

Mark Calvert, in his capacity as Chapter 11 trustee (the "Trustee) for Natural Molecular Testing Corporation ("NMTC" or "Debtor"), hereby submits a form of Proposed Order and Asset Purchase Agreement by and among the Debtor and MEDTECH NATIONAL, INC. ("Purchaser).

SUBMISSION OF PROPOSED ORDER
AND ASSET PURCHASE AGREEMENT
(MEDTECH) – 1
115286-0001/LEGAL124804230.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-19298-MLB    Doc 495    Filed 01/20/15    Ent. 01/20/15 11:15:34    Pg. 1 of 2

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 20, 2015 | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ John S. Kaplan |
| 6 | | John S. Kaplan, WSBA No. 23788 |
| 7 | | 1201 Third Avenue, Suite 4900 |
| 8 | | Seattle, WA 98101-3099 |
| 9 | | Telephone: 206.359.8000 |
| 10 | | Facsimile: 206.359.9000 |
| 11 | | |
| 12 | | Attorneys for Trustee Mark Calvert |

SUBMISSION OF PROPOSED ORDER AND
ASSET PURCHASE AGREEMENT
(MEDTECH)– 2

115286-0001/LEGAL124804230.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000