**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | Case No. 13-19298<br><br>ORDER APPROVING DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO SETTLEMENT AGREEMENT |

This matter came on before the Court on the Trustee's Motion to Approve Dismissal of Adversary Proceeding Pursuant to Settlement Agreement (the "Motion") [doc. 695], seeking approval of the Settlement Agreement and Stipulation with Bellusso LLC attached as Exhibit A to the Motion (the "Settlement Agreement"). The Court has reviewed the Motion and finds that good cause exists for granting the Motion and that it is in the best interest of the Debtor's bankruptcy estate to approve the Settlement Agreement;

///

ORDER APPROVING DISMISSAL OF
ADVERSARY PROCEEDING – 1

115286-0001/128405099.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

NOW THEREFORE, it is hereby ORDERED that:

1. The Motion is granted.

2. The Settlement Agreement is hereby approved.

3. The Trustee is authorized to take all actions necessary to implement the Settlement Agreement, including obtaining the dismissal of Adversary Proceeding No. 13-01306-MLB.

//END OF ORDER//

Presented by:

**PERKINS COIE LLP**

By: */s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: 206-359-8000 / F: 206-359-9000
Email: JKaplan@perkinscoie.com

Attorneys for Trustee Mark Calvert

ORDER APPROVING DISMISSAL OF
ADVERSARY PROCEEDING – 2

115286-0001/128405099.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-19298-MLB    Doc 704    Filed 11/20/15    Ent. 11/20/15 14:13:46    Pg. 2 of 2