The Honorable Marc L. Barreca
Chapter 11
Hearing Date: March 12, 2019
Hearing Time: 10:00 a.m.
Hearing Location: Seattle, Room 7106

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: <br><br> NATURAL MOLECULAR TESTING CORPORATION, <br><br> Debtor. | No. 13-19298-MLB <br><br> Declaration of Lawrence R. Cock In Support of Beau Fessenden's Submission Requesting Payment of $175,855.58 plus interest |

Lawrence R. Cock declares and states:

1. I am an attorney of record for the defendant Beau R. Fessenden. I am over 21 years old, I am competent to testify, and I have personal knowledge of the facts herein.

2. Exhibits to this declaration are numbered sequentially, starting with page 1, to make is easier to reference them in the brief and for the Court to locate them.

Declaration of Lawrence R. Cock - 1

3. Pages 1-3 of the exhibit is a true copy of the Complaint filed by Harold and Carmen Duncanson against Beau and Delsy Fessenden in King County Superior Court for the State of Washington under cause number 17-2-16122-5 KNT ("King County Superior Court lawsuit").

4. Pages 4-5 of the exhibit is a true copy of the Answer to the Complaint referenced in the previous paragraph.

5. Pages 6-19 of the exhibit is a true copy of the Declaration of Carmen Kay Duncanson in Support of Motion for Order of Default and Entry of Default Judgment filed in King County Superior Court lawsuit. It is dated July 17, 2017.

6. Page 20 of the exhibit is a true copy of the Court's Minute Order denying Duncancons' Motion for Default and Default Judgment entered in King County Superior Court lawsuit on July 21, 2017.

7. Pages 21-24 is a true copy of the Motion for Voluntary Dismissal Subjoined Declaration of Brian Mushinsky In Support of Same filed in King County Superior Court lawsuit on January 8, 2018.

8. Pages 25-26 is a true copy of the Order Granting Motion for Voluntary Dismissal entered in King County Superior Court lawsuit on January 22, 2018.

9. Pages 27-32 is a true copy of the document titled "Release of Lis Pendens" recorded with King County Recorder's Office on March 2, 2018, as document number 20180302000929.

10. Pages 33-58 of the Exhibit is a true copy of the document filed in this action as Dkt. 1058-1.

Declaration of Lawrence R. Cock - 2

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB    Doc 1073    Filed 03/07/19    Ent. 03/07/19 13:57:38    Pg. 2 of 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED March 7, 2019, at Seattle, Washington.

*/s/ Lawrence R. Cock*
Lawrence R. Cock, WSBA No. 20326
Attorney for Beau Fessenden
CFL LAW GROUP, LLP
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
(206) 812-0836 phone
lrc@corrcronin.com

*Attorneys for Beau R. Fessenden, individually and his marital community*

Declaration of Lawrence R. Cock - 3

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered E-Service Recipients:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 7th day of March, 2019, at Seattle, Washington.

/s/Irina Kinyon
Irina Kinyon, PP
CFL LAW GROUP, LLP
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
(206) 292-8800 phone
ikinyon@corrcronin.com

Declaration of Lawrence R. Cock - 4

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB   Doc 1073   Filed 03/07/19   Ent. 03/07/19 13:57:38   Pg. 4 of 4