UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>NATURAL MOLECULAR TESTING CORPORATION,<br><br>Debtor. | No. 13-19298-MLB<br><br>Beau Fessenden's Objection to Trustee's Ex Parte Motion to File Reply Brief (Dkt 1074) and to Court's Order Granting Reply (Dkt 1076) |

Beau Fessenden objects to Trustee's Ex Parte Motion for Permission for Trustee to File Reply Brief (Dkt. 1074) and to Court's Order Allowing Trustee to File Reply Brief (Dkt 1076).

1. <u>Denial of due process</u>. Mr. Fessenden was given no opportunity to object to the motion and the court granted the motion only forty minutes after being filed. Mr. Fessenden has been denied due process.

2. <u>No new issues or arguments</u>. The basis for the Trustee's motion is "new issues and arguments." None are identified and none exist. The court identified the

Fessenden's Objection to Trustee's Ex Parte Mtn and Court's Order
Granting Reply - 1

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB    Doc 1077    Filed 03/08/19    Ent. 03/08/19 14:35:04    Pg. 1 of 4

issues in its recent ruling and gave the Trustee two submissions to address them. The documents submitted by Mr. Fessenden were either (i) taken from the Trustee's prior submissions, or (ii) from the publicly available court file. Is the Trustee asserting that he just learned that the Settlement Agreement has an integration clause or that Washington law enforces them? Is the Trustee asserting he just learned that the Estate promised to not enforce the judgment so long as Mr. Fessenden was fulfilling his obligations? (The Trustee drafted the agreement and also obtained Mr. Fessenden's signature on the Settlement Agreement behind the back of the undersigned counsel.)

3. <u>No opportunity to cure known defects</u>. The court's prior ruling specifically identified areas in which the Trustee lacked sufficient evidence. For example, the court twice stated that the Duncanson easement issue might or might not be a permissible deduction from gross proceeds. Nevertheless, the Trustee did not introduce any other evidence with respect to the Duncanson easement. That was a strategic choice and the court should not allow the Trustee to belatedly submit any evidence.

4. <u>Appearance of Fairness</u>. The Trustee has already had two submissions, and Mr. Fessenden one. A dispassionate observer could conclude that giving the Trustee a third submission would not appear to be fair to Mr. Fessenden.

Mr. Fessenden moves the court to vacate its order granting the Trustee leave to file a "reply."

Fessenden's Objection to Trustee's Ex Parte Mtn and Court's Order Granting Reply - 2

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB    Doc 1077    Filed 03/08/19    Ent. 03/08/19 14:35:04    Pg. 2 of 4

Respectfully submitted this 8th day of March 2019.

*By: s/ Lawrence R. Cock*
Lawrence R. Cock, WSBA No. 20326
Attorney for Beau Fessenden
CFL LAW GROUP, LLP
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
(206) 812-0836 phone
Email: lrc@corrcronin.com

*Attorneys for Beau R. Fessenden, individually and his marital community*

Fessenden's Objection to Trustee's Ex Parte Mtn and Court's Order Granting Reply - 3

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB    Doc 1077    Filed 03/08/19    Ent. 03/08/19 14:35:04    Pg. 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered E-Service Recipients:

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 8th day of March, 2019, at Seattle, Washington.

By: *s/Irina Kinyon*
Irina Kinyon, PP
CFL LAW GROUP, LLP
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
(206) 292-8800 phone
ikinyon@corrcronin.com

Fessenden's Objection to Trustee's Ex Parte Mtn and Court's Order Granting Reply - 4

CFL LAW GROUP, LLP
1001 4TH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 292-8800

Case 13-19298-MLB    Doc 1077    Filed 03/08/19    Ent. 03/08/19 14:35:04    Pg. 4 of 4