**Below is the Order of the Court.**



Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Case No. 13-19298 MLB |
| Natural Molecular Testing Corporation, | ORDER DENYING BEAU FESSENDEN'S MOTION TO ENFORCE RELEASE AND FOR RECOMMENDATION OF DISMISSAL |
| Debtor. | |

This matter came before the Court on Beau Fessenden's Motion to Enforce Release and for Recommendation of Dismissal (the "Motion"). The Court has reviewed the Motion and related pleadings, and the other files and records in this case, has heard the argument of counsel on the record, and for the reasons set forth in this Court's oral rulings of January 4, 2019 and April 18, 2019, which are incorporated herein and constitute findings of fact and conclusions of law, it is hereby

**ORDERED** as follows:

1. The Motion is DENIED.

//END OF ORDER//

ORDER DENYING BEAU FESSENDEN'S
MOTION–1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

115286-0001/LEGAL144148536.1

Presented by:

**PERKINS COIE LLP**

By: */s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: 206-359-8000 / F: 206-359-9000
Email: JKaplan@perkinscoie.com

Attorneys for Trustee Mark Calvert

Approved as to form, notice of Presentment Waived by:

**CFL LAW GROUP, LLP**

By: */s/ Lawrence R. Cock* (per email authorization)
Lawrence R. Cock, WSBA No. 20326
1001 4th Avenue, Suite 3900
Seattle, Washington 98154
T: (206) 812-0836
Email: lrc@corrcronin.com

Attorneys for Beau Fessenden

ORDER DENYING BEAU FESSENDEN'S MOTION –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

115286-0001/LEGAL144148536.1

Case 13-19298-MLB    Doc 1092    Filed 04/22/19    Ent. 04/22/19 15:32:42    Pg. 2 of 2