Entered on Docket April 29, 2019

**Below is the Order of the Court.**



**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In Re:

NATURAL MOLECULAR TESTING CORPORATION,

Debtor.

Case No. 13-19298

ORDER GRANTING TRUSTEE'S SECOND INTERIM APPLICATION FOR COMPENSATION

This matter came on before the Court on the Trustee's Application for Second Interim Compensation and Reimbursement of Expenses (the "Application"), seeking approval of compensation in the total amount of $87,286 pursuant to the statutory cap of 11 U.S.C. §326 for the period July 1, 2017 through March 31, 2019. The Court has reviewed the Application and any responsive pleadings, and finds that good cause exists for granting the Application.

NOW THEREFORE, it is hereby ORDERED that:

1. The Application is granted in the amount of $87,286.

2. The Trustee shall receive payment on the approved amount pro rata with other approved administrative expense claims in this case.

3. The Trustee shall be entitled to future compensation at a later date, as

ORDER APPROVING INTERIM
COMPENSATION– 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

115286-0001/LEGAL143970162.1

allowable under applicable law, based upon disbursements beyond $4,749,317 in this case.

//END OF ORDER//

Presented by:

**PERKINS COIE LLP**

By: */s/ John S. Kaplan*
John S. Kaplan, WSBA No. 23788
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
T: 206-359-8000 / F: 206-359-9000
Email: JKaplan@perkinscoie.com

Attorneys for Trustee Mark Calvert

ORDER APPROVING INTERIM
COMPENSATION – 2

115286-0001/LEGAL143970162.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Case 13-19298-MLB   Doc 1096   Filed 04/29/19   Ent. 04/29/19 10:39:25   Pg. 2 of 2